UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THALISON JUNIOR SILVA DE SOUSA,  )<br>      Petitioner,  )<br>  )<br>      v.  )<br>  )<br>PATRICIA HYDE, *Acting Field Office Director,*  )<br>*Immigration and Customs Enforcement, Boston,*  )<br>TODD LYONS, *Acting Director of U.S.*  )<br>*Immigration and Customs Enforcement*,  )<br>ANTONE MONIZ, *Superintendent,*  )<br>*Plymouth County Correctional Facility,*  )<br>DEPARTMENT OF HOMELAND SECURITY,  )<br>KRISTI L. NOEM*, Secretary of the U.S.*  )<br>*Department of Homeland Security*, and  )<br>PAMELA BONDI, *U.S. Attorney General*,  )<br>      Respondents.  ) | CIVIL ACTION NO.<br>25-13342-BEM |

## **FINAL JUDGMENT**

MURPHY, D.J.

In accordance with this Court's Order (ECF #8) issued on November 18, 2025, granting in part the Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

BY THE COURT,

*/s/ Barbara I. Beatty*
_____
Deputy Clerk

DATED: November 18, 2025